

Office of the Clerk
United States Bankruptcy Court, Northern District of California
San Francisco Division

| | |
|---|---|
| Edward J. Emmons, | Elizabeth Lucero, |
| Clerk of Court | Division Office Manager |
| 450 Golden Gate Ave., 18th Floor | 450 Golden Gate Ave., 18th Floor |
| Mail Box 36099 | Mail Box 36099 |
| San Francisco, CA 94102 | San Francisco, CA 94102 |
| Phone: (415) 268-2300 | Phone: (415) 268-2312 |

January 5, 2017

United State District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   Transmittal of Notice of Appeal and Notice of Election for Appeal to be forwarded to a True Article III United States District Court: Frank A. Mardeusz; Bankruptcy Case No.: 16-31204-DM; Honorable Dennis Montali

Dear Clerk:

We are electronically transmitting the following documents below to your court for the above referenced matters:

- Order Granting Motion for Relief from the Automatic Stay filed on December 16, 2016 (dkt. #15)
- Notice of Appeal and Notice of Election for Appeal to be forwarded to a True Article III United States District Court filed on December 30, 2016 (dkt. #20)
- Certificate of Service filed by Appellant Frank A. Mardeusz filed on December 30, 2016 (dkt. #21)
- Court Certificate of Mailing filed on January 5, 2016 (dkt. #23)
- Court Docket Sheet

If you have any questions, please call me at (415) 268-2373.

Sincerely,

Edward J. Emmons
Clerk of Court

/s/
Deputy Clerk, DaWana Chambers