Entered on Docket
December 16, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: December 16, 2016

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Aron M. Oliner (SBN: 152373)
2  Geoffrey A. Heaton (SBN: 206990)
   **DUANE MORRIS LLP**
3  One Market Plaza
   Spear Street Tower, Suite 2200
4  San Francisco, CA 94105-1127
   Telephone: 415.957.3000
5  Facsimile: 415.957.3001
   Email: roliner@duanemorris.com
6
   Attorneys for Receiver,
7  DAVID A. BRADLOW

8

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>FRANK A. MARDEUSZ,<br><br>Debtor. | Case No. 16-31204 DM<br><br>Chapter 7<br><br>R.S. No. DM-1<br><br>Date: December 15, 2016<br>Time: 9:30 a.m.<br>Place: 450 Golden Gate Avenue<br>16th Floor, Courtroom 17<br>San Francisco, California 94102 |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The matter having come on for hearing at the above-captioned date and time before The Honorable Dennis Montali in the captioned Court, State court-appointed receiver David A. Bradlow ("Movant") appearing by and through Aron M. Oliner of Duane Morris LLP, Wesley Garcia appearing on behalf of Frank A. Mardeusz ("Debtor"), the Court having reviewed the Motion, having heard argument, and for good cause,

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

2. The automatic stay of 11 U.S.C. § 362 is hereby terminated to permit Movant to exercise any and all rights and remedies under California Law against the Debtor in order to obtain possession of the real property located at 1072-1074 Filbert Street, San Francisco, California; and

3. The fourteen (14) day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

* * * END OF ORDER * * *

# COURT SERVICE LIST

[All parties entitled to service are ECF registered in this case.]