Frank Mardeusz
1072 Filbert Street
San Francisco, CA 94133
Phone: (415) 902 0206

FILED
DEC 30 2016
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Appellant in Pro per

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: FRANK MARDEUSZ ) Case: 16-31204 DM
)
) NOTICE OF APPEAL OF ORDER
) GRANTING RELIEF FROM STAY
)
) DESIGNATION OF RECORD ON APPEAL
)
) DESIGNATION OF COURT REPORTER
) TRANSCRIPT
)
) STATEMENT OF ISSUES ON APPEAL
)

**NOTICE OF APPEAL**

Frank Mardeusz herein appeals the December 16, 2016 order granting relief from stay.

**DESIGNATION OF RECORD ON APPEAL**

The following documents are designated and delivered to the Clerk of the Bankruptcy Court:

All documents listed on the November 18, 2016 docket entry # 8 that states:

> Motion for Relief from Stay RS #DM-1, Fee Amount $176, Filed by Other Prof. David A. Bradlow (Attachments: # 1 RS Cover Sheet # 2 Declaration # 3 Exhibits A-C to Declaration of Olivia Dopler # 4 Exhibits D-F to Declaration of

NOTICE OF APPEAL

1

Olivia Dopler # 5 Certificate of Service) (Heaton, Geoffrey) (Entered: 11/18/2016)

The document listed on the November 18, 2016 docket entry # 9 that states:

Notice of Hearing *on Motion for Relief from the Automatic Stay* (RE: related document(s)8 Motion for Relief from Stay RS #DM-1, Fee Amount $176, Filed by Other Prof. David A. Bradlow (Attachments: # 1 RS Cover Sheet # 2 Declaration # 3 Exhibits A-C to Declaration of Olivia Dopler # 4 Exhibits D-F to Declaration of Olivia Dopler # 5 Certificate of Service)). **Hearing scheduled for 12/15/2016 at 09:30 AM at San Francisco Courtroom 17 - Montali.** Filed by Other Prof. David A. Bradlow (Heaton, Geoffrey) ERROR: Line 20 of PDF reflects the wrong hearing location. Registered Participant to refile Notice of Hearing reflecting the correct location. Modified on 11/21/2016 (wbk). (Entered: 11/18/2016)

The document listed on the November 18, 2016 docket entry # 13 that states:

Amended Notice of Hearing *on Motion for Relief from the Automatic Stay* (RE: related document(s)8 Motion for Relief from Stay RS #DM-1, Fee Amount $176, Filed by Other Prof. David A. Bradlow (Attachments: # 1 RS Cover Sheet # 2 Declaration # 3 Exhibits A-C to Declaration of Olivia Dopler # 4 Exhibits D-F to Declaration of Olivia Dopler # 5 Certificate of Service)). **Hearing scheduled for 12/15/2016 at 09:30 AM at San Francisco Courtroom 17 - Montali.** Filed by Other Prof. David A. Bradlow (Attachments: # 1 Certificate of Service) (Heaton, Geoffrey) (Entered: 11/29/2016)

The document listed on the December 9, 2016 docket entry # 14 that states:

Opposition (RE: related document(s)8 Motion for Relief From Stay). Filed by Interested Party Ron Mazzaferro (dc) (Entered: 12/12/2016)

The document listed on the December 16, 2016 docket entry # 15 that states:

Order Granting Motion for Relief From the Automatic Stay (Related Doc # 8) (dmf) (Entered: 12/16/2016)

**DESIGNATION OF COURT REPORTER TRANSCRIPT**

Appellant herein designates the court reporter transcript for December 15, 2016.

NOTICE OF APPEAL

2

## STATEMENT OF ISSUES ON APPEAL

One issue on appeal is that David A. Bradlow committed criminal bankruptcy bankruptcy fraud consistent with *United State v. Wagner* (6th Cir. 2004) 382 F. 3d 598, 612, analyzing 18 U. S. C. 157 (1) in connection with 18 U. S. C. 157 (2) holding that bankruptcy fraud is not limited to filing a false petition but also extends to filing fraudulent documents in a bankruptcy case. See also *United States v. Milwitt* (9th Cir. 2007) 475 F. 3d 1150, 1155 --- focus of 18 U. S. C. 157 is a fraudulent scheme outside of bankruptcy that uses bankruptcy proceedings as a means of executing, extending, continuing or concealing the artifice.

*/s/ Frank Mardeusz*
Frank Mardeusz

NOTICE OF APPEAL

3

Frank Mardeusz
1072 Filbert Street
San Francisco, CA 94133
Phone: (415) 902 0206

FILED
DEC 30 2016
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Appellant in Pro per

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: FRANK MARDEUSZ ) Case: 16-31204 DM
)
) NOTICE OF ELECTION FOR APPEAL TO
) BE FORWARDED TO A TRUE ARTICLE III
) UNITED STATES DISTRICT COURT

Appellant Frank Marduesz herein elects for this appeal to be forwarded to a true Federal Article III District Court operating under strict Federal Article III Court judicial character where the judge of which is a true Federal Article III Judge who is not and never has been a member of the State Bar of California.

Frank Mardeusz

NOTICE OF ELECTION FOR APPEAL TO BE FORWARDED TO A TRUE ARTICLE III
UNITED STATES DISTRICT COURT

1