1  Frank Mardeusz
2  1072 Filbert Street
   San Francisco, CA 94133
3  Phone: (415) 902 0206



4
5
6  Appellant in Pro per
7
8
9              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11
   In re: FRANK MARDEUSZ           ) Case: 16-31204 DM
12                                 )
                                   ) CERTIFICATE OF SERVICE
13

...

CERTIFICATE OF SERVICE

1

My name is Frank Marduesz. I am the appellant in this matter.

On December 30, 3016 I served the below described documents

NOTICE OF APPEAL OF ORDER  GRANTING RELIEF FROM STAY / DESIGNATION OF RECORD ON APPEAL / DESIGNATION OF COURT REPORTER TRANSCRIPT / STATEMENT OF ISSUES ON APPEAL

NOTICE OF ELECTION FOR APPEAL TO BE FORWARDED TO A TRUE ARTICLE III UNITED STATES DISTRICT COURT

On the interested parties by placing the documents in a postage paid envelope, sealing the envelope and depositing in the United State Mail addressed as follows:

**DUANE MORRIS** LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

United States Trustee
450 Golden Gate Avenue
15th Floor, Suite #05-0153
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2016 in San Francisco, California

*/s/ Frank Mardeusz*
Frank Mardeusz

CERTIFICATE OF SERVICE