

FILED

JAN -5 2017

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

In Re:  
**Frank A. Mardeusz**  Debtor (s).

Bankruptcy Case No. **16-31204-DM**  
Chapter 7

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, at San Francisco, California, hereby certify;

That I, in the performance of my duties as such clerk, served a copy of the **Notice of Appeal and Notice of Election for Appeal to be forwarded to a True Article III United States District Court** by depositing it in the regular mail at San Francisco, California, on the date shown below.

**Geoffrey A. Heaton**          Attorney for Receiver David A. Bradlow  
Duane Morris LLP  
1 Market, Spear Tower #2200  
San Francisco, CA 94105

**Frank A. Mardeusz**           Debtor, Pro Se  
1072 Filbert Street  
San Francisco, CA 94133

**Office of the U.S. Trustee**  
Phillip J. Burton Federal Building  
450 Golden Gate Ave., 5th Fl., #05-0153  
San Francisco, CA 94102

Dated: **January 5, 2017**

_Da'Wana Chambers_, Deputy Clerk