MEANSNO, APPEAL, APLDIST

## U.S. Bankruptcy Court
## Northern District of California (San Francisco)
## Bankruptcy Petition #: 16-31204

*Date filed:* 11/07/2016

*Assigned to:* Judge Dennis Montali
Chapter 7
Voluntary
No asset

*341 meeting:* 12/14/2016
*Deadline for filing claims:* 03/14/2017
*Deadline for objecting to discharge:* 02/13/2017
*Deadline for financial mgmt. course:* 12/22/2016

*Debtor*
**Frank A. Mardeusz**
1072 Filbert Street
San Francisco, CA 94133
SAN FRANCISCO-CA
(415) 902-0206
SSN / ITIN: xxx-xx-8154

represented by **Wesley Garcia**
Law Office of Wesley Garcia
755 Baywood Dr. 2nd Fl.
Petaluma, CA 94954
(707)763-1624
Email: wgarcialaw@gmail.com

*Trustee*
**Barry Milgrom**
60 29th St.
PMB #661
San Francisco, CA 94110
(415)796-2444

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 705-3333

| Filing Date | # | Docket Text |
|---|---|---|
| 11/07/2016 | 1 (10 pgs) | Chapter 7 Voluntary Petition for Individuals. Fee Amount $335.00. Financial Management Certificate Due Prior to Discharge. Filed by Frank A. Mardeusz . Incomplete Filings due by 11/21/2016. Section 521 Filings due by 12/22/2016. Order Meeting of Creditors due by 11/21/2016. INCOMPLETE FILING: Refer to Order To File Required Documents (dc) (Entered: 11/07/2016) |
| 11/07/2016 |  | First Meeting of Creditors with 341(a) meeting to be held on 12/14/2016 at 09:30 AM at Office of the U.S. Trustee Office 450. Objections for Discharge due by 02/13/2017. Proof of Claim due by 03/14/2017. (dc) (Entered: 11/07/2016) |
| 11/07/2016 | 2 (1 pg) | Statement of Social Security Number. Filed by Debtor Frank A. Mardeusz (dc) (Entered: 11/07/2016) |
| 11/07/2016 | 3 (1 pg) | Certificate of Credit Counseling. Filed by Debtor Frank A. Mardeusz (dc) (Entered: 11/07/2016) |
| 11/07/2016 |  | Receipt of Filing Fee for Chapter 7 Voluntary Petition. Amount 335.00 from Frank Mardeusz. Receipt Number 30063480. (admin) (Entered: 11/07/2016) |
| 11/08/2016 |  | Notice of Debtor's Prior Filings for debtor Frank A. Mardeusz Case Number 00-11324, Chapter 7 filed in California Northern Bankruptcy Court on 05/30/2000 , Standard Discharge on 09/06/2000.(Admin) (Entered: 11/08/2016) |
| 11/08/2016 | 4 (2 pgs; 2 docs) | Order To File Required Documents and Notice Regarding Dismissal Non-Compliance (Documents) due by 11/22/2016 (cp) (Entered: 11/08/2016) |
| 11/08/2016 | 5 (3 pgs; 2 docs) | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (cp) (Entered: 11/08/2016) |

| | | |
|---|---|---|
| 11/10/2016 | 6 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 5 Generate 341 Notices). Notice Date 11/10/2016. (Admin.) (Entered: 11/10/2016) |
| 11/10/2016 | 7 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 4 Order to File Missing Documents). Notice Date 11/10/2016. (Admin.) (Entered: 11/10/2016) |
| 11/18/2016 | 8 (83 pgs; 6 docs) | Motion for Relief from Stay RS #DM-1, Fee Amount $176, Filed by Other Prof. David A. Bradlow (Attachments: # 1 RS Cover Sheet # 2 Declaration # 3 Exhibits A-C to Declaration of Olivia Dopler # 4 Exhibits D-F to Declaration of Olivia Dopler # 5 Certificate of Service) (Heaton, Geoffrey) (Entered: 11/18/2016) |
| 11/18/2016 | | Receipt of filing fee for Motion for Relief From Stay(16-31204) [motion,mrlfsty] ( 176.00). Receipt number 26940299, amount $ 176.00 (re: Doc# 8 Motion for Relief from Stay RS #DM-1, Fee Amount $176,) (U.S. Treasury) (Entered: 11/18/2016) |
| 11/18/2016 | 9 (2 pgs) | Notice of Hearing *on Motion for Relief from the Automatic Stay* (RE: related document(s)8 Motion for Relief from Stay RS #DM-1, Fee Amount $176, Filed by Other Prof. David A. Bradlow (Attachments: # 1 RS Cover Sheet # 2 Declaration # 3 Exhibits A-C to Declaration of Olivia Dopler # 4 Exhibits D-F to Declaration of Olivia Dopler # 5 Certificate of Service)). **Hearing scheduled for 12/15/2016 at 09:30 AM at San Francisco Courtroom 17 - Montali.** Filed by Other Prof. David A. Bradlow (Heaton, Geoffrey) ERROR: Line 20 of PDF reflects the wrong hearing location. Registered Participant to refile Notice of Hearing reflecting the correct location. Modified on 11/21/2016 (wbk). (Entered: 11/18/2016) |
| 11/21/2016 | | **\*\*ERROR\*\* Line 20 of PDF reflects the wrong hearing date. Registered Participant to refile Notice of Hearing reflecting the correct location.** (RE: related document(s) 9 Notice of Hearing). (wbk) Modified on 11/21/2016 (dc). (Entered: 11/21/2016) |
| 11/21/2016 | 10 (38 pgs) | Summary of Assets and Liabilities for Individual , Schedule A/B: Property - for Individual , Schedule C , Schedule D for Individual Creditors Having Claims Secured by Property , Schedule E/F : Creditors Who Have Unsecured Claims for Individual , Schedule G: for Individual , Schedule H: for Individual , Schedule I: for Individual Your Income , Schedule J: for Individual- Your Expenses , Declaration About Individual Debtor's Schedule , Statement of Financial Affairs for Individual , Chapter 7 Means Test Calculation ., Chapter 7 Statement of Your Current Monthly Income , Payment Advices Filed by Debtor Frank A. Mardeusz (Garcia, Wesley) (Entered: 11/21/2016) |
| 11/21/2016 | 11 (2 pgs) | Chapter 7 Statement of Your Current Monthly Income Filed by Debtor Frank A. Mardeusz (Garcia, Wesley) CORRECTIVE ENTRY: Omitted "Payment Advices" from docket text. Modified on 11/22/2016 (wbk). (Entered: 11/21/2016) |
| 11/21/2016 | 12 (1 pg) | Payment Advices Filed by Debtor Frank A. Mardeusz (Garcia, Wesley) (Entered: 11/21/2016) |
| 11/29/2016 | 13 (4 pgs; 2 docs) | Amended Notice of Hearing *on Motion for Relief from the Automatic Stay* (RE: related document(s)8 Motion for Relief from Stay RS #DM-1, Fee Amount $176, Filed by Other Prof. David A. Bradlow (Attachments: # 1 RS Cover Sheet # 2 Declaration # 3 Exhibits A-C to Declaration of Olivia Dopler # 4 Exhibits D-F to Declaration of Olivia Dopler # 5 Certificate of Service)). **Hearing scheduled for 12/15/2016 at 09:30 AM at San Francisco Courtroom 17 - Montali.** Filed by Other Prof. David A. Bradlow (Attachments: # 1 Certificate of Service) (Heaton, Geoffrey) (Entered: 11/29/2016) |
| 12/09/2016 | 14 (32 pgs) | Opposition (RE: related document(s)8 Motion for Relief From Stay). Filed by Interested Party Ron Mazzaferro (dc) (Entered: 12/12/2016) |
| 12/15/2016 | | Hearing Held. Attorney Wesley Garcia appeared specially on behalf of the debtor. The motion is granted with a waiver of the 14-day stay. Counsel for the moving will upload an order. (related document(s): 8 Motion for Relief From Stay filed by David A. Bradlow) (lp ) (Entered: 12/15/2016) |
| 12/16/2016 | | Meeting of Creditors Held Debtor appeared. (Milgrom, Barry) (Entered: 12/16/2016) |
| 12/16/2016 | 15 (3 pgs) | Order Granting Motion for Relief From the Automatic Stay (Related Doc # 8) (dmf) (Entered: 12/16/2016) |
| 12/21/2016 | | Chapter 7 Trustee's Report of No Distribution: I, Barry Milgrom, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the |

| | | |
|---|---|---|
| | | estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 22802.00, Assets Exempt: $ 4977.00, Claims Scheduled: $ 56392.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 56392.00. Meeting of Creditors Held. (Milgrom, Barry) (Entered: 12/21/2016) |
| 12/23/2016 | 16 (2 pgs; 2 docs) | Notice of Deficiency of Financial Management Course Certificate Due Before Discharge (admin) (Entered: 12/23/2016) |
| 12/24/2016 | 17 (1 pg) | Personal Financial Management Course Certificate. Filed by Debtor Frank A. Mardeusz (Geving, Allison) (Entered: 12/24/2016) |
| 12/28/2016 | 18 (18 pgs) | Amendment to List of Creditors . Fee Amount $31, Amended Schedule G,. , Amended Schedule E/F . Fee Amount $31., Amended Voluntary Petition., Declaration About Individual Debtor's Schedule Filed by Debtor Frank A. Mardeusz (Garcia, Wesley) CORRECTIVE ENTRY: Modified on 12/29/2016 by Court Staff to change Statistical Data information to match PDF. (wbk). (Entered: 12/28/2016) |
| 12/28/2016 | | Receipt of filing fee for Amended Creditor Matrix (Fee)(16-31204) [misc,amdcm] ( 31.00). Receipt number 27055404, amount $ 31.00 (re: Doc# 18 Amended Creditor Matrix (Fee)) (U.S. Treasury) (Entered: 12/28/2016) |
| 12/28/2016 | | Receipt of filing fee for Amended Schedules (D, E, and F - Fee Required)(16-31204) [misc,amdsch] ( 31.00). Receipt number 27055404, amount $ 31.00 (re: Doc# 18 Amended Schedules (D, E, and F - Fee Required)) (U.S. Treasury) (Entered: 12/28/2016) |
| 12/29/2016 | 19 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 16 Notice of Deficiency Financial Management Course). Notice Date 12/29/2016. (Admin.) (Entered: 12/29/2016) |
| 12/30/2016 | | Receipt of Appeal Filing Fee. Amount 298.00 from Frank A. Mardeusz. Receipt Number 30063608. (admin) (Entered: 12/30/2016) |
| 12/30/2016 | 20 (4 pgs; 2 docs) | Notice of Appeal and Statement of Election (Includes Designation of Record on Appeal, Designation of Court Reporter Transcript and Statement of Issues on Appeal) , Fee Amount $ 298. (RE: related document(s)15 Order on Motion for Relief From Stay). Appellant Designation due by 1/13/2017. Transmission to District Court due by 1/30/2017. Filed by Debtor Frank A. Mardeusz (gh) Additional attachment(s) added on 1/3/2017 (gh). (Entered: 01/03/2017) |
| 12/30/2016 | 21 (2 pgs) | Certificate of Service (RE: related document(s)20 Notice of Appeal and Statement of Election). Filed by Debtor Frank A. Mardeusz (gh) (Entered: 01/03/2017) |
| 12/30/2016 | 22 (125 pgs; 6 docs) | Appellant Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)20 Notice of Appeal and Statement of Election filed by Debtor Frank A. Mardeusz). Appellee designation due by 1/13/2017. (Attachments: # 1 Part2 # 2 part3 # 3 part4 # 4 part5 # 5 part6) Filed by Debtor Frank A. Mardeusz (gh) (Entered: 01/03/2017) |
| 01/05/2017 | 23 (1 pg) | Courts Certificate of Mailing. Number of notices mailed: 3 (RE: related document(s) 20 Notice of Appeal and Statement of Election). (dc) (Entered: 01/05/2017) |