UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE FRANK MARDEUSZ,

        Appellant,

   v.

,

        Appellee.

Case No. 17-cv-00063-CRB

RE: IN RE FRANK MARDEUSZ

    Bankruptcy Case: 16-31204

    Adversary No.:

    BAP No.:

    Appellant: FRANK MARDEUSZ

   The appeal has been assigned the following case number, 17-cv-00063-CRB before the Honorable Charles R. Breyer .

   When the parties have perfected the record on appeal in accordance with the federal and local bankruptcy rules, the Bankruptcy Court will transmit to this court either the record or a notice that the record is available electronically.

   Pursuant to the federal and local bankruptcy rules, unless the assigned District Judge orders otherwise, briefs in this matter shall be due in accordance with the following schedule:

   <u>Appellant's principal brief</u>: no more than 30 days after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket.

   <u>Appellee's principal and response brief</u>: no more than 30 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee shall contain both the issues and arguments pertinent to the cross-appeal and the response to the appellant's brief.

   <u>Appellant's response and reply brief</u>: no more than 30 days after service of appellee's brief.

   <u>Appellee's reply brief</u>: no more than14 days after service of the appellant's response and reply brief, but also no more than 7 days before scheduled argument.

   Briefs shall be in compliance with Bankruptcy Rules 8014-8018, as applicable.

1   Pursuant to B.L.R 8019-1, upon completion of the briefing, the assigned District Judge will set a
2   date for oral argument, unless the judge determines that oral argument is unnecessary under the
    Bankruptcy Local Rules; in that case, the matter will be deemed submitted for decision.
3

4
    Dated: 1/5/2017                                      For the Court
5
                                                         Susan Y. Soong, Clerk
6
                                                         *Simone Voltz* (signature)
7
                                                         By: Simone Voltz
8                                                        Deputy Clerk

United States District Court
Northern District of California

2