IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: FRANK MARDEUSZ,　　　　　　　　　No. 17-cv-00063 CRB

**ORDER DISMISSING CASE**

The Court is in receipt of a document entitled "Appellant Frank Mardeusz Dismissal of Appeal as Moot." See dkt. 6. Appellant asserts in the document that there is no longer a case or controversy about his right to reside at and occupy the subject property. Id. Good cause appearing therefor, the Court DISMISSES the case without prejudice.

**IT IS SO ORDERED.**

Dated: April 19, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1